**DLA PIPER LLP (US)**
ANGELA C. AGRUSA (SBN 131337)
angela.agrusa@us.dlapiper.com
SHANNON E. DUDIC (SBN 261135)
shannon.dudic@us.dlapiper.com
TREVOR A. MOORE (SBN 333639)
trevor.moore@us.dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Telephone:   310.595.3000
Facsimile:    310 595 3300

Attorneys for Defendant
CHIPOTLE MEXICAN GRILL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HUDSON GILL, CLAIR AWAD, and NICHOLAS ULRICH, individually and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br>CHIPOTLE MEXICAN GRILL, INC.<br>　　　　　Defendant. | Case No. 8:24-cv-1672-FWS (JDEx)<br><br>**DEFENDANT CHIPOTLE MEXICAN GRILL, INC.'S NOTICE OF ERRATA RE MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. Fred W. Slaughter<br><br>Complaint Filed: July 31, 2024 |

1
CHIPOTLE MEXICAN GRILL, INC.'S NOTICE OF ERRATA

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant Chipotle Mexican Grill, Inc. ("Chipotle") submits this Notice of Errata to clarify a factual statement made in Chipotle's Motion to Compel Arbitration and Stay Action ("Motion") (ECF No. 14). The Motion correctly asserted that a Ms. Clair Awad signed up as a Chipotle Rewards Member on September 1, 2021. (ECF 14-1, Scoggins Decl., ¶ 13, Ex. E.) However, upon further collection of information, Chipotle has determined that there is a second Clair Awad, who made purchases at Chipotle on or about the same time as the first Clair Awad, but who is not a Chipotle Rewards Member. Based on the information provided by Plaintiffs and collected by Chipotle to date, Chipotle is informed and believes the second Clair Awad and non-Rewards Member is the actual plaintiff in this action.

This Notice of Errata does not affect Chipotle's arguments in the Motion relating to Plaintiff Hudson Gill, nor the Court's Order on the Motion (ECF No. 24).

Dated: April 3, 2025                **DLA PIPER LLP (US)**

By: */s/ Shannon E. Dudic*
   ANGELA C. AGRUSA
   SHANNON E. DUDIC
   TREVOR A. MOORE

*Attorneys for Defendant*
*CHIPOTLE MEXICAN GRILL, INC.*

# PROOF OF SERVICE

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action; my business address is: 701 Fifth Avenue, Suite 6900, Seattle, Washington, 98104.

On **April 3, 2025**, I served the foregoing document(s) described as:

**DEFENDANT CHIPOTLE MEXICAN GRILL, INC.'S NOTICE OF ERRATA**

on the interested party(ies) below, using the following means:

**BURSOR & FISHER**
L. Timothy Fisher (State Bar No. 191626)
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
         sbogdanovich@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

☒    **BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION**. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on **April 3, 2025**, at Seattle, Washington.

| Jacey Bittle | */s/ Jacey Bittle* |
|---|---|
| Name | Signature |